IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

        v.              Criminal No. 06-50049

WILLIAM H. NOBLIN                                             DEFENDANT

## O R D E R

Now on this 6th day of March, 2007, comes on for consideration defendant's **Motion For Deferred Service of Sentence** (document #8), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and defendant's report date is hereby extended to April 9, 2007, at 2 p.m.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　 **/s/ Jimm Larry Hendren**
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**