```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              PLAINTIFF

        v.            Criminal No. 06-50049

**WILLIAM H. NOBLIN**                                                     DEFENDANT

### O R D E R

Now on this 6th day of April, 2007, comes on for consideration defendant's **Motion For Deferred Service Of Sentence Or, In The Alternative, Motion For Modification Of Judgment** (document #11), and from said motion, the supporting documentation, information supplied by the U.S. Probation Office, and the arguments of counsel in a telephone conference conducted this date, the Court finds and orders as follows:

1.   On February 12, 2007, defendant was sentenced to serve a term of six months' imprisonment, and was directed to surrender to begin service of that sentence at an institution designated by the Bureau of Prisons on March 9, 2007.

Before the surrender date arrived, defendant learned that he had serious medical problems, and requested a deferral of his surrender date.  The date was deferred until April 9, 2007.

2.   Defendant now submits a letter from Dr. Mary Bourland, to the effect that in spite of surgery to restore blood flow to his legs and feet, he is at high risk of losing his feet to gangrene or other consequences of poor circulation.  He asks that his sentence be modified so as to allow him to serve his sentence

"under less strict standards than in prison," or that his surrender date be again deferred.

3. The Court is offered no good and sufficient basis to find that the Bureau of Prisons cannot place defendant in a prison facility where he can receive proper medical care for his condition, and will deny that aspect of the Motion. The Court does, however, find reason to grant the Motion to the extent of deferring defendant's surrender date, to allow the gathering of his medical records and their submission to the Bureau of Prisons for reevaluation, possible reclassification, or - if such be the case - advice that the system cannot afford defendant the medical care he requires.

**IT IS THEREFORE ORDERED** that defendant's **Motion For Deferred Service Of Sentence Or, In The Alternative, Motion For Modification Of Judgment** (document #11) is **granted in part and denied in part**.

The Motion is **granted** insofar as it seeks a deferral of the date upon which defendant is to surrender to the Bureau of Prisons to begin serving his sentence. That date is extended from April 9, 2007, until April 30, 2007.

The Motion is **denied** insofar as it seeks a modification of defendant's sentence.

**IT IS FURTHER ORDERED** that defendant forthwith supply the U.S. Probation Office with a medical authorization in form

sufficient to allow the Probation Office to obtain his medical records, along with a list of the names and addresses of the medical care providers from whom he believes medical records should be obtained.

**IT IS FURTHER ORDERED** that the U.S. Probation Office obtain these medical records as soon as reasonably possible, and forward them to the Bureau of Prisons.

**IT IS FURTHER ORDERED** that the Bureau of Prisons reevaluate defendant's classification in light of his medical condition, and either designate him to a facility appropriate to his medical needs, or - in the event such a facility is not available - notify the Court of that fact.

**IT IS SO ORDERED.**

  /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**